IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Thomas Edward Kent - #107238<br>_____ / | No. C 14-80089 WHA<br><br>**ORDER OF SUSPENSION** |

    Because Thomas Edward Kent has failed to respond to the order to show cause, Mr. Kent's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: May 22, 2014.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE